JOHN W. HUBER, United States Attorney (No. 7226)
GAGE H. ARNOLD, Special Assistant United States Attorney (No. 13035)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 JUL 18  P 4: 25

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDEN ISAAC MILLER, Defendant. | INDICTMENT<br><br>VIOLATIONS:<br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.<br>Count 2: 18 U.S.C. § 922(j), Possession of a Stolen Firearm.<br><br>Case: 1:18-cr-00063<br>Assigned To : Shelby, Robert<br>Assign. Date : 7/18/2018<br>Description: USA v. Miller |
|---|---|

The Grand Jury charges:

## COUNT 1

On or about February 14, 2018, in the Northern Division of the District of Utah,

**BRANDEN ISAAC MILLER,**

defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm, to wit, a Ruger LCR .357 revolver; in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2

On or about February 14, 2018, in the Northern Division of the District of Utah,

**BRANDEN ISAAC MILLER,**

defendant herein, did knowingly receive, possess, conceal, and store a stolen firearm, knowing and having reasonable cause to believe the firearm had been stolen, and which firearm had been shipped or transported in interstate commerce, to wit, a Ruger LCR .357 revolver; in violation of 18 U.S.C. § 922(j).

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
GAGE H. ARNOLD
Special Assistant United States Attorney